THOMAS. P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
California Bar No. 248634
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2442
Fax No.: (213) 894-7819
Indira.J.Cameron-Banks@usdoj.gov

Attorney for Federal Defendant

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KAISER FOUNDATION HOSPITALS, a California Nonprofit Public Benefit Corporation d/b/a KAISER FOUNDATION HOSPITAL - ANAHEIM,

Plaintiff,

vs.

MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,

Defendant.

CV 08-02129 DDP (PJWx)

**JUDGMENT**

Having considered Defendant's Motion to Dismiss, or, in the Alternative, Summary Judgment and Memorandum in Support Thereof, the administrative record in this case, and all other pleadings on file in this case, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

Defendant's Motion for Summary Judgment shall be and hereby is granted, and that Plaintiff's Motion for Summary Judgment is denied, and that the Provider

Reimbursement Review Board's decision is affirmed.

THE COURT FINDS AND DECLARES AS FOLLOWS:

1. The decision by Provider Reimbursement Review Board (PRRB), an administrative tribunal with the Unites States Department of Health and Human Services ("HHS"), the federal department under Defendant Secretary of HHS, did not err in dismissing and then refusing to reinstate Plaintiff's provider appeal concerning a Medicare reimbursement matter.

2. The PRRB's decision to dismiss Plaintiff's provider administrative appeal was not arbitrary and capricious nor an abuse of discretion because the PRRB's decision was fully supportable by the administrative record and consistent with the controlling statutory and regulatory authority and applicable case law.

3. The PRRB's decision to not reinstate Plaintiff's provider administrative appeal was not arbitrary and capricious nor an abuse of discretion because the PRRB's decision to not reinstate was fully supportable by the administrative record and consistent with the controlling statutory and regulatory authority and applicable case law.

THE COURT FURTHER ORDERS:

1. The Court shall and hereby grants Defendant's Motion for Summary Judgment.

2. The Court shall and hereby denies Plaintiff's Motion for Summary Judgment.

3. The Court shall and hereby affirms the PRRB's decision to dismiss and refuse to reinstate Plaintiff's provider administrative appeal.

4. Plaintiff shall pay Defendant's costs of defending the present action.

DATED: June 19, 2009

By: ______________________________
Hon. Dean D. Pregerson